JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BOTELLO, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC., a corporation; DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No.: 2:24-cv-05446 CV (PVCx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION [DOC # 28]** |

JS-6

1  On October 6, 2025, the parties filed a Stipulation for Dismissal of Action
2  ("Stipulation"). Doc. # 28. The Court, having reviewed the Stipulation and good
3  cause having been found, hereby GRANTS the Stipulation and ORDERS that this
4  action is DISMISSED with prejudice, with each party to bear its own attorney fees
5  and costs.
6
7  **IT IS SO ORDERED.**
8
9  Dated: 10/29/25
10
11  *Cynthia Valenzuela*
    HON. CYNTHIA VALENZUELA
    UNITED STATES DISTRICT JUDGE